# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**NATHANIEL HOWELL**                                                   **PLAINTIFF**

V.                 **CASE NO.: 2:11CV00147 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                               **DEFENDANT**

## JUDGMENT

The decision of Michael J. Astrue, Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Nathaniel Howell. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 17th day of July, 2012.

_____
UNITED STATES MAGISTRATE JUDGE